UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL (#539179)

VERSUS

HOWARD PRINCE, ET AL.

CIVIL ACTION

NO. 11-10-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated March 21, 2011 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice, for failure to pay the Court's filing fee. Further, the plaintiff's pending motions are DENIED as moot.

Baton Rouge, Louisiana, April 18, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA